## McCreary Trust.

Argued April 8, 1946. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON and STEARNE, JJ.

350

354

*Robert Dechert,* with him *Charles Myers* and *Barnes, Dechert, Price & Smith,* for appellant.

*Henry S. Drinker,* with him *Edwin W. Semans* and *Charles C. Savage, Jr.,* for appellees.

PER CURIAM, May 27, 1946:
The decree of the court below is affirmed on the opinion of Judge HUNTER; appellant to pay the costs.